FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNETTE HERUP,<br><br>               Plaintiff,<br><br>    v.<br><br>SGL CARBON FIBERS AMERICA<br>LLC d/b/a SGL COMPOSITES,<br>LLC, a foreign limited liability<br>company,<br><br>               Defendant. | Case No. 2:24-CV-00132-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 13** |

Before the Court is the parties' Stipulated Motion Dismissing Case with

Prejudice, ECF No. 13.  The parties stipulate that this matter may be dismissed

with prejudice and without an award of costs or fees.  Fed. R. Civ. P.

41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an

action without a court order by filing a stipulation of dismissal signed by all parties

who have appeared.  The instant motion has been signed by counsel for all parties

who have appeared.

ORDER - 1

1    Accordingly, **IT IS HEREBY ORDERED:**

2    1.    The parties' Stipulated Motion Dismissing Case with Prejudice, **ECF**

3 **No. 13**, is **GRANTED.**

4    2.    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims

5 are **DISMISSED with prejudice**, without an award of fees or costs.

6    3.    Any pending motions are **DENIED as moot**.

7    4.    All hearings and other deadlines are **STRICKEN**.

8    **IT IS SO ORDERED.**  The District Court Executive is directed to file this

9 Order, provide copies to counsel, and **CLOSE** the file.

10    DATED August 5, 2024.

11                    _s/Mary K. Dimke_
                    MARY K. DIMKE
12             UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

ORDER - 2